1418

**96–2027. State ex rel. Ohio Roundtable, Inc. v. Taft.**

In Mandamus. Reported at 76 Ohio St.3d 643, 670 N.E.2d 231. On motion for reconsideration and on renewed motion for leave to intervene and/or motion for leave to file response to motion for reconsideration. Motions denied.

DOUGLAS and STRATTON, JJ., dissent.

*Wednesday, October 23, 1996*

## MERIT DOCKET

**96–1832. Uncrop v. Natl. Inst. of Health.**

Cuyahoga App. No. 70341. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–1901. Clyde v. Pub. Util. Comm.**

Public Utilities Commission, No. 95–02–EL–ABN. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and STRATTON, JJ., concur.

PFEIFER, J., dissents.

**96–1994. State ex rel. Walker Ambulance Serv. v. Mengel.**

In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–2042. Stevenson v. Fuerst.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–2064. State ex rel. Hart v. Ninth Dist. Court of Appeals.**

In Procedendo. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

**96–2096. State ex rel. Clyde v. Pub. Util. Comm.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.